AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Green Dot Bank

was received by me on *(date)*   06/01/2016   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Cayden Mangum   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Green Dot Bank
10 E. South Temple, Ste. 860, SLC, UT 84133 at 8:40 AM   on *(date)*   06/02/2016   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/02/2016

*Server's signature*

Charles Reardon, Process Server
*Printed name and title*

124 West 1400 South, Ste. 207
Salt Lake City, UT 84115

*Server's address*

Additional information regarding attempted service, etc:
Documents served with Summons:
Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Initial Standing Order