KENNETH A. GALLO (*pro hac vice* application forthcoming)
kgallo@paulweiss.com
CHARLES E. DAVIDOW (*pro hac vice* application forthcoming)
cdavidow@paulweiss.com
JUSTIN ASHLEY ANDERSON (SBN 249647)
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356

*Attorneys for Defendants MasterCard Incorporated
and MasterCard International Incorporated*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEWIS, DANIELLE HALL, and JC MONTGOMERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORPORATION; GREEN DOT BANK; MASTERCARD INCORPORATED; and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Defendants. | CASE NO. 2:16-cv-03557-FMO-AGR<br><br>**DEFENDANTS MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED'S CORPORATE DISCLOSURE STATEMENT**<br><br>[FED. R. CIV. P. 7.1] |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated hereby state that:

1. Defendant MasterCard Incorporated is a publicly traded company.  MasterCard Incorporated does not have any parent corporations, and no publicly held corporation owns 10% or more of MasterCard Incorporated's stock.

2. Defendant MasterCard International Incorporated is a wholly owned subsidiary of MasterCard Incorporated.

Dated: June 28, 2016

      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Justin Ashley Anderson*
      Justin Ashley Anderson

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*