1  KENNETH A. GALLO (*pro hac vice* application forthcoming)
   kgallo@paulweiss.com
2  CHARLES E. DAVIDOW (*pro hac vice* application forthcoming)
3  cdavidow@paulweiss.com
   JUSTIN ASHLEY ANDERSON (SBN 249647)
4  janderson@paulweiss.com
   PAUL, WEISS, RIFKIND, WHARTON &
5  GARRISON LLP
   2001 K Street, NW
6  Washington, DC  20006-1047
7  Telephone:  (202) 223-7300
   Facsimile:  (202) 204-7356
8
   *Attorneys for Defendants MasterCard Incorporated
9  and MasterCard International Incorporated*

10
                    UNITED STATES DISTRICT COURT
11
                    CENTRAL DISTRICT OF CALIFORNIA
12

13
| JASON LEWIS, DANIELLE HALL, and JC MONTGOMERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORPORATION; GREEN DOT BANK; MASTERCARD INCORPORATED; and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Defendants. | CASE NO. 2:16-cv-03557-FMO-AGR<br><br>**DEFENDANTS MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED'S NOTICE OF INTERESTED PARTIES**<br><br>**[L.R. 7.1-1]** |
|---|---|

        Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendants

MasterCard Incorporated and MasterCard International Incorporated,  certifies that the following

listed parties may have a pecuniary interest in the outcome of this case.  These representations

are made to enable the court to evaluate possible disqualification or recusal:

        MasterCard Incorporated (defendant)

        MasterCard International Incorporated (defendant)

1
2 Dated: June 28, 2016
3
4                              PAUL, WEISS, RIFKIND, WHARTON &
                               GARRISON LLP
5
                                By:  /s/ *Justin Ashley Anderson*
6                                       Justin Ashley Anderson

7                              *Attorneys for Defendants MasterCard Incorporated*
                               *and MasterCard International Incorporated*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28