MICHAEL C. WEED (SBN 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

KENNETH A. GALLO (admitted *pro hac vice*)
kgallo@paulweiss.com
CHARLES E. DAVIDOW (admitted *pro hac vice*)
cdavidow@paulweiss.com
JUSTIN A. ANDERSON (SBN 249647)
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7356

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEWIS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORP.; et al.,<br><br>Defendants. | CASE NO. 2:16-cv-03557-FMO-AGR<br>CASE NO. 2:16-cv-04172-FMO-AGR<br><br>**DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR EXTENSION OF TIME** |
| KATHLEEN CROOK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORP., et al.<br><br>Defendants. | |

**TO THE HONORABLE JUDGE FERNANDO M. OLGUIN AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Defendants Green Dot Corporation, Green Dot Bank, MasterCard Incorporated, and MasterCard International Incorporated (collectively, "Defendants") respectfully request, pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7-19, and this Court's Initial Standing Order, a thirty-day extension of time from the date that Plaintiffs' Consolidated First Amended Complaint is filed in which to answer, move against, or otherwise respond to that Consolidated First Amended Complaint. Pursuant to the Court's prior consolidation order (Docket No. 63), Plaintiffs' Consolidated First Amended Complaint was due on August 15, 2016, with Defendants' response due thirty days thereafter. As of this date, Plaintiffs have not filed their consolidated complaint. Declaration of Michael C. Weed ("Weed Decl."), ¶ 5. Accordingly, the Defendants request extraordinary relief *ex parte* because they remain under the previously ordered September 15, 2016 deadline to respond to Plaintiffs' Consolidated First Amended Complaint, but Plaintiffs have not yet filed that complaint.

The Defendants are informed that Plaintiffs do not oppose this request and do not intend to file a written opposition to Defendants' application. Weed Decl., ¶¶ 8–9.

Defendants' *Ex Parte* Application is based upon this Application, the supporting Memorandum of Points and Authorities, and the Declaration of Michael C. Weed, as well as all records and pleadings on file with the Court in this action.

DATED: September 8, 2016               Respectfully submitted,

By: /s/ *Michael C. Weed*
MICHAEL C. WEED (SBN 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

-2-
DEFENDANTS' *EX PARTE* MOTION FOR EXTENSION
Case. No.: 2:16-cv-03557-FMO-AGR

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
```

KENNETH A. GALLO (admitted *pro hac vice*)
kgallo@paulweiss.com
CHARLES E. DAVIDOW (admitted *pro hac vice*)
cdavidow@paulweiss.com
JUSTIN A. ANDERSON (SBN 249647)
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*


By:  /s/  *Sean Unger*[1]
THOMAS P. BROWN (SBN 182916)
tombrown@paulhastings.com
SEAN UNGER (SBN 231694)
seanunger@paulhastings.com
55 2nd Street, 24th Floor
San Francisco, CA 94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Green Dot Corporation and Green Dot Bank*

---

[1] Counsel for Defendants Green Dot Corporation and Green Dot Bank concurs in the content of this filing and has authorized counsel for Defendants MasterCard Incorporated and Mastercard International Incorporated to affix the electronic signature of Sean Unger hereto and to file it with the Court.

-3-

DEFENDANTS' *EX PARTE* MOTION FOR EXTENSION
Case. No.: 2:16-cv-03557-FMO-AGR