1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEWIS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORP.; et al.,<br><br>Defendants. | CASE NO. 2:16-cv-03557-FMO-AGR<br>CASE NO. 2:16-cv-04172-FMO-AGR<br><br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION [69] FOR EXTENSION OF TIME** |
| KATHLEEN CROOK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORP., et al.<br><br>Defendants. | |

Having reviewed the Defendants' Ex Parte Application for Extension of Time and the Memorandum of Points and Authorities and Declaration filed in support thereof, and finding good cause shown, IT IS ORDERED THAT:

1. Defendants' Application is **granted.**

OHSUSA:765801022.1

2. Defendants shall file an Answer to the Consolidated First Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **thirty days from the date on which the Consolidated First Amended Complaint is filed**.

**IT IS SO ORDERED.**

Dated: September 9, 2016            /s/
                                                       The Honorable Fernando M. Olguin
                                                       United States District Judge

OHSUSA:765801022.1