```
 1  THOMAS P. BROWN (SB# 182916)
    tombrown@paulhastings.com
 2  SEAN UNGER (SB# 231694)
    seanunger@paulhastings.com
 3  PAUL HASTINGS LLP
 4  55 Second Street
    Twenty-Fourth Floor
 5  San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
 6  Facsimile:  (415) 856-7100
 7
    Attorneys for Defendants
 8  GREEN DOT CORPORATION and GREEN
    DOT BANK
 9
10                  UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
12
13  JASON LEWIS, DANIELLE HALL,        CASE NO. 2:16-cv-03557-FMO (AGRx)
    and JUSTIN THORNTON, On
14  Behalf of Themselves and All Others STIPULATED MOTION TO STAY
    Similarly Situated,                 CASE PENDING MOTION FOR
15                                      FINAL APPROVAL OF
                    Plaintiffs,         SETTLEMENT
16
17        v.                            First Amended Complaint served:
                                        September 9, 2016
18  GREEN DOT CORPORATION;
    GREEN DOT BANK;
19  MASTERCARD INCORPORATED;            Judge:  Honorable Fernando M. Olguin
    and MASTERCARD
20  INTERNATIONAL
    INCORPORATED,
21
22                  Defendants.
23
24
25
26
27
28
```

1  WHEREAS, Plaintiffs Jason Lewis and others ("Plaintiffs") filed Case No. 2:16-CV-03557 against Defendants Green Dot Corporation and Green Dot Bank (collectively "Green Dot Defendants"), and MasterCard Incorporated and MasterCard International Incorporated (collectively "MasterCard Defendants") (together, "Defendants") on May 22, 2016 (the "Lewis Action");

WHEREAS, Kathleen Crook filed Case No. 2:16-cv-4172 (C.D. Cal) against the Green Dot Defendants and the MasterCard Defendants on June 10, 2016 (the "Crook Action");

WHEREAS, this Court ordered the Lewis and the Crook Actions consolidated on July 14, 2016;

WHEREAS, Plaintiffs filed their Consolidated Complaint on September 9, 2016;

WHEREAS, prior to this Court's consolidation order, counsel for Plaintiffs in the Lewis Action and the Crook Action, and counsel for the Green Dot Defendants and MasterCard Defendants, were engaged in ongoing settlement discussions to resolve the Lewis Action and the Crook Action, on a class-wide basis;

WHEREAS, these communications have included in person meetings and multiple rounds of telephone conferences and information sharing;

WHEREAS, as part of the discussions noted above, Plaintiffs and Defendants have now reached a settlement in principle on a class-wide basis (the "Settlement") with general agreement on material terms subject to final approval and are now in the process of preparing a binding settlement agreement and preliminary approval papers;

WHEREAS, Plaintiffs and Defendants intend to finalize the terms of their binding settlement within (30) days of this Stipulation and intend, likewise, to seek preliminary approval of the Settlement within that time;

1  WHEREAS, Plaintiffs and Defendants agree that Court approval of the Settlement will resolve Plaintiffs' claims raised in this case and will likewise resolve the claims of the agreed upon class;

WHEREAS, Plaintiffs and Defendants believe that it is in their interests to pursue approval of the Settlement rather than proceed with litigation of these claims and to do so with all parties reserving their rights should this Court not grant approval to the Settlement;

WHEREAS, Plaintiffs and Defendants likewise wish to conserve judicial resources and refrain from having the Court spend its time and effort resolving issues that will be mooted by the Settlement;

NOW, THEREFORE, it is stipulated by and between Plaintiffs and Defendants, by and through their respective counsel, and the same respectfully move and request the Court to so order, that:

> The case shall be stayed for thirty (30) days at which time either Plaintiffs shall move for preliminary approval of the parties' fully documented settlement or Defendants shall, move, respond to, or otherwise answer the Consolidated Complaint.

**IT IS SO STIPULATED AND AGREED**

| | | |
|---|---|---|
| 1 | DATED: October 7, 2016 | PAUL HASTINGS LLP |
| 2 | | |
| 3 | | By: /s/ Thomas P. Brown |
| 4 | | THOMAS P. BROWN |
| 5 | | Attorneys for Defendants |
| 6 | | GREEN DOT CORPORATION and GREEN DOT BANK |
| 7 | | |
| 8 | DATED: October 7, 2016 | MICHAEL C. WEED |
| 9 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | | |
| 11 | | By: /s/ Michael C. Weed |
| 12 | | MICHAEL C. WEED |
| 13 | | Attorneys for Defendants |
| 14 | | MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED |
| 15 | | |
| 16 | DATED: October 7, 2016 | LAW OFFICE OF JEAN SUTTON MARTIN PLLC |
| 17 | | |
| 18 | | |
| 19 | | By: [signature] |
| 20 | | JEAN SUTTON MARTIN *with her approval* |
| 21 | | Attorneys for Plaintiffs JASON LEWIS, DANIELLE HALL, and JC MONTGOMERY |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

DATED: October 7, 2016          By:      /s/ Thomas P. Brown
                                         THOMAS P. BROWN