# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | Case No. CV 16-3557 FMO (AGRx) | Date | October 12, 2016 |
|---|---|---|---|
| Title | Jason Lewis, et al. v. Green Dot Corp., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:** (In Chambers) Order Re: Notice of Settlement

Having reviewed the parties' Stipulated Motion to Stay Case Pending Motion for Final Approval of Settlement (Dkt. 72, "Stipulation"), filed on October 7, 2016, IT IS ORDERED THAT:

1. The Stipulation **(Document No. 72)** is **granted in part** and **denied in part** as follows.

2. The parties' request for a stay is **denied**. However, all pending deadlines and proceedings are hereby **vacated**.

3. Plaintiffs shall file a Motion for Class Certification and Preliminary Approval of Settlement Agreement ("Motion") no later than **November 28, 2016**.

4. Plaintiffs are advised that the court will not grant the Motion unless it includes a discussion and evidentiary support, where appropriate, regarding the following issues:

(A) All class certification requirements, including declarations from proposed class representatives as to the adequacy of their representation of the class;

(B) Whether the settlement is within a range of possible judicial approval, including the fairness of its terms and settlement amount to the class members;

(C) The arms-length negotiation of the settlement discussions, including whether, and to what extent, the proposed class representatives were involved in the negotiations;

(D) Incentive payments and the standard set forth in Radcliffe v. Experian Info. Solutions Inc., 715 F.3d 1157 (9th Cir. 2013), including: (i) declarations from the proposed class representatives regarding the time, risk, and burden carried by them in this action, and the benefit they provided to counsel and/or the class throughout the litigation; (ii) the distribution of payments and range of award amounts to class members; and (iii) whether the incentive payments are conditioned on approval of the settlement;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | Case No. CV 16-3557 FMO (AGRx) | Date | October 12, 2016 |
|---|---|---|---|
| Title | Jason Lewis, et al. v. Green Dot Corp., et al. | | |

(E) Adequacy of the class notice, including whether and how it fairly apprises the putative class members of the terms of the proposed settlement, and of the options available to them in connection with the settlement and court proceedings.

(i) The court prefers that the settlement agreement not require class members to submit objections to counsel, the class administrator, and the court. It suffices for objections to be submitted in writing to the court, since they will thereafter be available to the parties on the case docket once the objections are filed by the clerk of the court.

(ii) In order to ease the burden on class members in exercising their rights under the proposed settlement agreement, the court prefers that the settlement agreement provide for submission of an opt-out or exclusion form, to be provided to class members by the settlement administrator; and

(F) How the settlement will be administered, including the proposed amount and cap to be paid to the settlement administrator.

4. Failure to file the motion for preliminary approval by the deadline set forth above shall result in dismissal of the case for failure to prosecute and/or to comply with a court order.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |