RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiffs Jason Lewis, Danielle Hall, and Justin Thornton and the Proposed Class*

*[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEWIS, DANIELLE HALL, JUSTIN THORNTON, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREEN DOT CORPORATION; GREEN DOT BANK; MASTERCARD INCORPORATED; and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>　　　　　Defendants. | Case No.:  2:16-cv-03557 FMO (AGRx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Hon. Fernando M. Olguin |

1   The parties stipulate for an order granting a short extension of time of the deadline to file a motion for preliminary approval of class action settlement, currently due on November 28, 2016.

Having considered the stipulation and the reasons therefore, the Court hereby grants the stipulation and orders as follows:

Plaintiffs shall file a Motion for Preliminary Approval of Class Action Settlement on or before December 5, 2016.

IT IS SO ORDERED.

Dated: November 28, 2016

_____/s/_____
Honorable Fernando M. Olguin
United States District Court Judge