MICHAEL C. WEED (SBN 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

KENNETH A. GALLO (admitted *pro hac vice*)
kgallo@paulweiss.com
CHARLES E. DAVIDOW (admitted *pro hac vice*)
cdavidow@paulweiss.com
JUSTIN A. ANDERSON (SBN 249647)
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LL
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 204-7356

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEWIS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN DOT CORP.; *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-03557-FMO-AGR<br><br>**DEFENDANTS' JOINT STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Fernando M. Olguin<br>Courtroom 22<br>Hearing Date: January 12, 2017<br>Hearing Time: 10:00 a.m. |

Defendants' Joint Statement of Non-Opposition to Motion for Preliminary Approval of Class Action Settlement NAME OF PLEADING
Case. No.: 2:16-cv-03557-FMO-AGR

Pursuant to Local Rule 7-9, Defendants MasterCard Incorporated, MasterCard International Incorporated, Green Dot Corporation and Green Dot Bank, through their respective counsel, hereby state that they do not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

DATED: December 22, 2016  MICHAEL C. WEED
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s/ Michael C. Weed
        MICHAEL C. WEED

Attorneys for Defendants
MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED


DATED: December 22, 2016  PAUL HASTINGS LLP


BY: /s/ Sean Unger
        SEAN UNGER
Attorneys for Defendants
GREEN DOT CORPORATION AND GREEN DOT BANK

-2-
Defendants' Joint Statement of Non-Opposition to Motion for Preliminary Approval of Class Action Settlement NAME OF PLEADING
Case. No.: 2:16-cv-03557-FMO-AGR

Case 2:16-cv-03557-FMO-AGR Document 79 Filed 12/22/16 Page 3 of 3 Page ID #:479

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

DATED: December 22, 2016    By: /s/ Michael Weed
                                                MICHAEL WEED

---

-1-
Defendants' Joint Statement of Non-Opposition to Motion for Preliminary Approval of Class Action Settlement NAME OF PLEADING
Case. No.: 2:16-cv-03557-FMO-AGR