UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3557 FMO (AGRx) | Date | November 2, 2017 |
|---|---|---|---|
| Title | Jason Lewis, et al. v. Green Dot Corporation, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Jean Sutton Martin | Justin Anderson |
| John Yanchunis | Sean Unger |

**Proceedings:** Final Approval Hearing; Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Service Awards for Plaintiffs [104]; Motion for Final Approval of the Class Action Settlement [105]

The court and counsel confer as set forth on the record.

Having heard there are no objections to the class settlement, the court's tentative is to grant Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Service Awards for Plaintiffs **(Dkt. 104)** and Plaintiffs' Motion for Final Approval of the Class Action Settlement **(Dkt. 105)**.

At this time, the court will deem the motions submitted.

An order with the court's ruling will issue.

IT IS SO ORDERED.

|  | 00 : 10 |
|---|---|
| Initials of Preparer | vdr |