JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEWIS, et al., on behalf of themselves and all others similarly situated, | Case No. CV 16-3557 FMO (AGRx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| GREEN DOT CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Service Awards ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Jason Lewis, Danielle Hall, and Justin Thornton shall be paid a service payment of $500 in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $750,000.00 in attorney's fees and costs in accordance with the terms of the Settlement Agreement.

3. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

4. Except as to any class members who have validly and timely requested exclusion, this

action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 22nd day of November, 2017.

/s/<br>
Fernando M. Olguin<br>
United States District Judge